TRINA A. HIGGINS, United States Attorney (#7349)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC#475353)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| APRIL GREN BAWDEN, CHAD AUSTIN BAWDEN, JESSICA BJARNSON, MAKAIO LYMAN CRISLER, PHILLIP GANNUSCIA, DUSTIN GARR, BARBARA JO JACKSON, BRENT GOLDBURN KNUDSON, ROBERT MCKINLEY, and RICHARD SCOTT NEMROW, | 2:22-cr-481 CW<br><br>Chief Magistrate Judge Dustin Pead |
| Defendants. | |

Based on findings made in Court on April 26, 2023, and stipulation by all counsel, the Court makes the following findings:

1. On December 6, 2022, the grand jury returned an Indictment against 9 out of the 10 named defendants in this case.

2. A Superseding Indictment was returned on March 29, 2023. The Superseding Indictment added Count 19 (Contempt) as to Defendants Gannuscia and Nemrow, and added a 10th defendant – Defendant Bjarnson – to this case. On April 26, 2023, all Defendants were arraigned on the Superseding Indictment.

3. At the status conference on April 26, 2023, the Court discussed the status of discovery. The majority of discovery has been provided, but the United States anticipates production of additional discovery in approximately two weeks.

4. Counsel for Chad Bawden requested the Court set a status conference in 120 days to give all counsel adequate time to review discovery. The Court set a status conference on August 25, 2023 at 10:00 a.m.

5. Attorneys for all Defendants stipulated to the exclusion of time between April 26, 2023 and August 25, 2023 from speedy trial calculations.

6. This case involves 10 defendants, and should be designated as complex based on the volume of discovery, large number of defendants, and the complexity of the case. The application of factors laid out in 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv) are appropriate in this case.

Based on the foregoing findings, and good cause appearing, it is hereby ORDERED:

The time between April 26, 2023 and August 25, 2023, is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7), as Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the

defendants in a speedy trial because a failure to exclude time may prevent the defendants from adequately reviewing the voluminous discovery.

Dated this 26th day of April 2023.

BY THE COURT:

_____
DUSTIN B. PEAD
United States Magistrate Judge